```
                                              FILED
                                         U.S DISTRICT COURT
                                         EASTERN DISTRICT OF LA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

2005 JUL 27 AM 9: 42

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **JOSEPHINE JAMES,** | * | |
| Plaintiff, | * | CIVIL ACTION NO. 04-0194 |
| | * | SECTION: "T" |
| vs. | | |
| | * | MAGISTRATE DIVISION 4 |
| **NEW CENTURY MORTGAGE CORP., PCFS MORTGAGE RESOURCES, AURORA FINANCIAL SERVICES, INC., and RALPH WILLIAMS, d/b/a R.E.W. HOUSING REPAIRING** | * | **JURY DEMANDED** |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \*

## NOTICE OF DEPOSITION

Defendants will take note that Plaintiff will conduct the deposition of True Title, Inc. by stenographic means, as on cross-examination, at the offices of New Orleans Legal Assistance stated below, on Thursday, August 4, 2005, commencing at 10 a.m. A copy of the subpoena being served on True Title is attached hereto.

Respectfully submitted,
NEW ORLEANS LEGAL ASSISTANCE
An Office of Southeast Louisiana Legal Services Corp.
BY:

_____
Charles M. Delbaum, LSBA # 22035
David L. Koen, LSBA # 27536
1010 Common Street, Suite 1400A
New Orleans, LA 70112
Phone: (504) 529-1000, ext. 231
Fax: (504) 529-1008
Attorneys for Plaintiff

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

A copy of the foregoing document was served on the respective attorneys for defendants by depositing same in the U.S. mails, first class postage prepaid, this __27th__ day of __July__, 2005.