FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 23  AM 9: 57

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE JAMES, | * | |
| Plaintiff, | * | CIVIL ACTION NO. 04-0194 |
| | * | SECTION: "T" |
| vs. | * | MAGISTRATE DIVISION 4 |
| NEW CENTURY MORTGAGE CORP., PCFS MORTGAGE RESOURCES, AURORA FINANCIAL SERVICES, INC., and RALPH WILLIAMS, d/b/a R.E.W. HOUSING REPAIRING | * | JURY DEMANDED |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \*

## NOTICE OF DEPOSITION

Defendants will take note that Plaintiff will conduct the deposition of True Title, Inc.'s representative, Robin Pollet, by stenographic means, as on cross-examination, at the offices of New Orleans Legal Assistance stated below, on Friday, September 9, 2005, commencing at 9:00 a.m.

Respectfully submitted,
NEW ORLEANS LEGAL ASSISTANCE
An Office of Southeast Louisiana Legal Services Corp.
BY:

Charles M. Delbaum, LSBA # 22035
David L. Koen, LSBA # 27536
1010 Common Street, Suite 1400A
New Orleans, LA 70112
Phone: (504) 529-1000, ext. 231
Fax: (504) 529-1008
Attorneys for Plaintiff

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1

## CERTIFICATE OF SERVICE

A copy of the foregoing document was served on the respective attorneys for defendants by depositing same in the U.S. mails, first class postage prepaid, this ___19th___ day of ___August___, 2005.